IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BILLY WAYNE COLEMAN**                                                                 **PLAINTIFF**

v.                                              **3:09CV00148-BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**                                                  **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Billy Wayne Coleman.

DATED this 16th day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE